# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-2318

**Caption [use short title]**

**Motion for:** extension of time to file brief

Sergeants Benevolent Association Health and Welfare Fund, New England Carpenters Health Benefits Fund, and Allied Services Division Welfare Fund v. Sanofi-Aventis U.S. LLP and Sanofi-Aventis U.S., Inc.

Set forth below precise, complete statement of relief sought:

Appellants seeks a one week extension of time to file their brief. The new due date would be October 14, 2014.

**MOVING PARTY:** 
☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Sanofi-Aventis LLP, et al.

**MOVING ATTORNEY:** Sergeants Benevolent Assoc., et al.

**OPPOSING ATTORNEY:** William N. Withrow, Jr.

[name of attorney, with firm, address, phone number and e-mail]

Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301, Cambridge MA 02142
(617) 482-3700, tom@hbsslaw.com

Troutman Sanders LLP
600 Peachtree St., N.E., 5200 Bank of America Plaza, Atlanta GA 30308
(404) 885-3000, william.withrow@troutmansanders.com

**Court-Judge/Agency appealed from:** Eastern District of New York (Brooklyn), Hon. Townes

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/Thomas M. Sobol    **Date:** October 6, 2014    **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

No. 14-2318

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

SERGEANTS BENEVOLENT ASSOCIATION HEALTH AND WELFARE FUND, NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, and ALLIED SERVICES DIVISION WELFARE FUND, on Behalf of themselves and all others similarly situated

*Plaintiffs—Appellants*

v.

SANOFI-AVENTIS U.S. LLP and SANOFI-AVENTIS U.S., INC.,

*Defendants—Appellees*

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF**

Pursuant to Fed. R. App. Proc. 26(b), Appellants request a short, one-week extension of time to file their brief in this matter. Appellants' brief is due on October 7, 2014 but Appellants have been unexpectedly delayed.

Appellees assent to this motion.

1

Date: October 6, 2014

| | |
|---|---|
| **/s/ William N. Withrow, Jr.** | **/s/ Thomas M. Sobol** |
| William N. Withrow, Jr. | Thomas M. Sobol |
| J. Nick Phillips | Lauren G. Barnes |
| TROUTMAN SANDERS LLP | Jessica R. MacAuley |
| 600 Peachtree Street, N.E. | HAGENS BERMAN SOBOL |
| 5200 Bank of America Plaza | SHAPIRO LLP |
| Atlanta, Georgia  30308 | 55 Cambridge Parkway, Suite 301 |
| Telephone:  404-885-3000 | Cambridge, MA 02142 |
| Facsimile:   404-885-3900 | Telephone:  (617) 482-3700 |
| | Facsimile:   (617) 482-3003 |
| *Counsel for Appellants* | |
| | *Counsel for Appellees* |

## CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 25.1

I, Thomas M. Sobol, hereby certify that I have served all parties in this action using the Court's CM/ECF system.


**/s/ Thomas M. Sobol**
Thomas M. Sobol