# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of October, two thousand and fourteen.

Before:   Ralph K. Winter,
                *Circuit Judge*.

_____

Sergeants Benevolent Association Health and Welfare Fund, *et al.*,

    Plaintiffs-Appellants,

    v.

Sanofi-Aventis U.S. LLP, Sanofi-Aventis U.S., Inc.,

    Defendants-Appellees.

**ORDER**

Docket No. 14-2318

_____

Appellants move for a 7-day extension until October 14, 2014 to file the opening brief.

IT IS HEREBY ORDERED that the motion is GRANTED, with no further extensions. However, the appeal is dismissed effective October 14, 2014 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

